# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>COURTNEY-DALE, MELINDA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-13767 BWB<br><br>JUDGE BRUCE W. BLACK |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa Street, Courtroom 201
    Joliet, Illinois 60432

    on: **February 13, 2009**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                            $           10,002.96

    b. Disbursements                       $                0.00

    c. Net Cash Available for Distribution $           10,002.96

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,750.30 | |

| | | |
|---|---:|---:|
| Grochocinski, Grochocinski & Lloyd, Ltd.<br>(Trustee's Attorney Fees) | 0.00 | $1,837.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd.<br>(Trustee's Attorney Expenses) | 0.00 | $52.09 |
| Alan D. Lasko<br>(Trustee's Accountant Fees) | 0.00 | $1,416.30 |
| Alan D. Lasko<br>(Trustee's Accountant Expenses) | 0.00 | $10.97 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $19,131.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 25.80%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 002 | LAW OFC OF ROBERT J RUSSO, LTD. | $ 1,379.00 | $ 355.78 |
| 003 | HERBOLSHEIMER LANNON HENSON ET AL | $ 8,887.00 | $ 2,292.82 |
| 004 | ECAST SETTLEMENT CORP ASSIGNEE OF | $ 8,865.19 | $ 2,287.20 |
| 005** | INST FOR PERSONAL DEVELOPMENT | $ 892.50 | $ 0.00 |

**\*\*CLAIM #5 IS AN UNSECURED TARDILY FILED CLAIM THAT WILL RECEIVE PAYMENT ONLY AFTER ALL TIMELY FILED UNSECURED CLAIMS ARE PAID IN FULL.**

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy

       Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, 1967 Ford Mustang, real estate, 2000 Jayco Popup camper, horse.

Dated: **January 8, 2009**              For the Court,

                                        By: **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the United States Bankruptcy Court
                                            219 S. Dearborn Street; 7th Floor
                                            Chicago, IL  60604

Trustee:    THOMAS B. SULLIVAN, TRUSTEE
Address:   1900 RAVINIA PLACE
               ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| COURTNEY-DALE, MELINDA | | |
| | | CASE NO. 08B-13767 BWB |
| | | JUDGE BRUCE W. BLACK |
| Debtor(s) | | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,750.30 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,750.30 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation — $ 1,837.50
   b. Expenses — $ 52.09
   c. Chapter 11 Compensation — $ 0.00
   d. Chapter 11 Expenses — $ 0.00

2. Accountant for the Trustee
   a. Compensation — $ 1,416.30
   b. Expenses — $ 10.97
   c. Chapter 11 compensation — $ 0.00
   d. Chapter 11 Expenses — $ 0.00

3. Other Professionals

TOTAL $ 3,316.86

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

ENTERED _____
BRUCE W. BLACK
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jan 08, 2009
Case: 08-13767                 Form ID: pdf002              Total Served: 39


The following entities were served by first class mail on Jan 10, 2009.
db           +Melinda S Courtney-Dale,    1785 W Southmor Road,    Morris, IL 60450-8182
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Brian D Johnson,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
12280569     +ASCAP,    2675 Paces Ferry Road SE,    Suite # 350,    Atlanta, GA 30339-4087
12280570      AT&T,    PO Box 8100,    Aurora, IL 60507-8100
12280567     +American Marketing & Publishing LLC,    915 E Lincoln Highway,    PO Box 801,
               Dekalb, IL 60115-0801
12280568     +Andrew J Neill,    11 S 452 McGrath Lane,    Naperville, IL 60564-5740
12280571     +Broadcast Music Inc - BMI,    320 West 57th Street,    New York, NY 10019-3705
12280573     +David & Amy Hibbard,    313 Coaler Drive,    Coal City, IL 60416-2445
12280574     +First Data Global Leasing,    PO Box 173845,    Denver, CO 80217-3845
12280575     +Grundy Bank,    201 N Liberty St,    Morris, IL 60450-2282
12280576     +Heartland Disposal of Illinois,    PO Box 588,    Morris, IL 60450-0588
12280577     +Herbolsheimer Lannon Henson et al,    State Bank Building,    PO Box 539,    La Salle, IL 61301-0539
12280578      Inst for Personal Development,    1401 Lakewood Drive,    Suite A,    Morris, IL 60450-3352
12280579     +Kirkland & Ellis LLP,    200 East Randolph Drive,    Chicago, IL 60601-6611
12524209     +Law Offices of Robert J. Russo, Ltd.,    211 E. Jefferson Street,    P.O. Box 767,
               Morris  Il 60450-0767
12280580     +Lease Finance Group,    132 West 31st Street,    First Floor,    New York, NY 10001-3406
12280581      Lease Finance Group LLC,    233 N Michigan Ave,    Suite # 1800,    Chicago, IL 60601-5802
12280584     +MSS Ventures Inc,    c/o Attorney Robert Russo,    211 E Jefferson St,    Morris, IL 60450-2378
12280582      Menards,    P. O. Box 17602,    Baltimore, MD 21297-1602
12280583     +Milano Bakery,    427 S Chicago Street,    Joliet, IL 60436-2297
12411222     +Onyx Acceptance Corp, c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
12280587      RGI Publications Inc,    PO Box 338,    Olathe, KS 66051-0338
12280586      Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
12280589     +Seth A Dale,    611 Vine Street,    Morris, IL 60450-1761
12280590     +Seth Dale,    611 Vine Street,    Morris, IL 60450-1761
12280591     +Susanne T Courtney,    11 S 452  McGrath Lane,    Naperville, IL 60564-5740
12335303      US Energy Savings Corporation,    POB 5598,    Chicago, IL 60680-5598
12280592      Union Plus Credit Card,    PO Box 80027,    Salinas, CA 93912-0027
12280593     +Village Profile,    33 N Geneva St,    Elgin, IL 60120-5620
12280594      Women's Healthcare Associates,    PO Box 2091,    Aurora, IL 60507-2091
12684513      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Jan 09, 2009.
12280572     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
               Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
12280585     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 549,
               Aurora, IL 60507-0549
12280588     +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2009 02:34:13     Sam's Club,    P.O. Box 981064,
               El Paso, TX 79998-1064
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Grochocinski,  Grochocinski and Lloyd Ltd
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Jan 08, 2009
Case: 08-13767                Form ID: pdf002          Total Served: 39

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2009**                              **Signature:**    *Joseph Speetjens*